

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-19-00743-CV

John David **HODGES**,
Appellant

v.

Isabel **HODGES**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-18089
Honorable Mary Lou Alvarez, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Liza A. Rodriguez, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: June 30, 2021

DISMISSED FOR WANT OF PROSECUTION

On May 20, 2021, we issued a show cause order instructing appellant to file, on or before June 4, 2021, his appellant's brief and a written response reasonably explaining (1) his failure to timely file the brief and (2) why appellee was not significantly injured by appellant's failure to timely file a brief. We notified appellant that if he failed to file a brief and the written response by the date ordered, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a); 42.3(a), (c). Appellant failed to respond to our order. Therefore, we dismiss this appeal for want of prosecution. *See id*. 42.3(a), (c). Costs of appeal are taxed against appellant.

PER CURIAM